UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05CR205**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) | **ORDER FOR DISMISSAL** |
| EDWARD ARTHUR CRAWFORD<br>a/k/a ANTHONY | ) ) ) ) | |

Leave of Court is hereby granted for the dismissal of Counts One and Two of the Bill of Indictment in the above-captioned case with prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal Service and the United States Attorney's Office.

It is so ordered.

Signed: June 5, 2006

Graham C. Mullen
United States District Judge